IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JOSE ALEJANDRO ORELLANA MONTALVO, )<br>)<br>) *Petitioner* )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>*Respondent.* )<br>) | CRIMINAL NO. 1:17-cr-204<br><br>Hon. Liam O'Grady |

## ORDER

Let the petition tendered by Jose Alejandro Orellana Montalvo be filed *in forma pauperis*.

Upon consideration of the petition brought pursuant to 28 U.S.C. § 2255, alleging ineffective assistance of counsel and Fourth Amendment violations, and the Court concluding that the petitioner's allegations warrant further judicial inquiry; it is hereby

**ORDERED** that the United States file an answer to the petition within twenty-three (23) days of the date of this Order.

The Clerk is directed to send a copy of this Order to the petitioner and to send copies of this Order and the Petition to the United States Attorney for this District.

It is **SO ORDERED**.

Aug 26
~~September~~ ___, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge