IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| JOSE ALEJANDRO ORELLANA MONTALVO, | ) ) ) | |
| Petitioner, | ) ) | Criminal Case No. 1:17-cr-204 |
| | ) | Civil Action No. 1:19-cv-1086 |
| v. | ) ) | The Honorable Liam O'Grady |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

### ROSEBORO NOTICE

Pursuant to Local Civil Rule 7(K), and in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Petitioner Jose Alejandro Orellana Montalvo is advised that he has the right to file a reply to the government's response to his Motion to Vacate Under 28 U.S.C. § 2255. On September 18, 2019, the government filed its response via ECF (Dkt. No. 111) and will send a copy to Petitioner by U.S. Mail. Petitioner's failure to submit a reply may result in the dismissal of Petitioner's motion. Petitioner's reply must identify all facts stated by the government with which Petitioner disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a statement that it is filed under penalty of perjury). Petitioner may also file a legal brief in opposition to the response filed by the government.

Unless the Court orders otherwise, Petitioner's reply must be filed within twenty-one days of the date the government's response was filed.

Dated: September 18, 2019          Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:     _____/s/_____
Thomas W. Traxler
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3746
Facsimile (703) 299-3980
Email: Thomas.traxler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Jose Alejandro Orellana Montalvo (91380-083)
FCI Morgantown
Federal Correctional Institution
P.O. Box 1000
Morgantown, West Virginia 26507

                                              /s/
                                    Thomas W. Traxler
                                    Assistant United States Attorney